**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of the Extradition of:   )   No.  05-6204M
                                       )
Vitalijus Polikarpovas                 )   **ORDER**
                                       )
_____)

Upon motion of Relator, Vitalijus Polikarpovas, with the concurrence of the government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** vacating the extradition hearing set for December 20, 2005.

**IT IS FURTHER ORDERED** resetting the extradition hearing for January 10, 2006, at 9:00 a.m.

DATED this 13th day of December, 2005.

David K. Duncan
United States Magistrate Judge